# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

### CRIMINAL NO. 5:03CR39

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **PRELIMINARY ORDER** |
| ) | **OF FORFEITURE** |
| RICHARD LANE STAHL ) | |

**THIS MATTER** is before the Court on the Government's amended motion for preliminary order of forfeiture. No response or objections have been filed.

For the reasons stated in the motion,

**IT IS, THEREFORE, ORDERED** that the sum of $5 million in criminal proceeds belonging to the Defendant is hereby forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

**Signed: May 10, 2005**

Lacy H. Thornburg
United States District Judge