# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

**DOCKET NO. 5:03CR39-LHT**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | **FINAL ORDER AND JUDGMENT** |
| RICHARD LANE STAHL ) | **CONFIRMING FORFEITURE** |

**THIS MATTER** is before the Court on the Government's motion for a final order and judgment confirming forfeiture.

On May 11, 2005, this Court entered a Preliminary Order of Forfeiture, ordering Defendant to forfeit the sum of $5 million in criminal proceeds. On November 7, 2005, this Court entered a Preliminary Order of Forfeiture (Substitute Property), forfeiting Defendant's interest in the real properties identified below in partial satisfaction of the $5 million money judgment. The Preliminary Orders were filed pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(b)(2), and based upon Defendant's Plea Agreement and plea of guilty to Count Twenty-Four in the Bill of Indictment. In Count Twenty-Four, Defendant was charged with money laundering offenses in violation of 18 U.S.C. §§ 1957 and 2.

On December 4, 2006, the United States published, in the Watauga Democrat, a newspaper of general circulation, notice of this forfeiture and of the intent of the Government to dispose of the forfeited property according to law, and notice to third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal

interest in the property. It appears from the record that no such petitions have been filed and that the time for filing such petitions has passed.

Based on the Plea Agreement, Preliminary Orders of Forfeiture, and Judgment in a Criminal Case, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statue.

**IT IS, THEREFORE, ORDERED** that, in accordance with Rule 32.2(c)(2), the November 7, 2005, Preliminary Order of Forfeiture (Substitute Property) is confirmed as final and all right, title, and interest in the following property, whether real, personal, or mixed, has, therefore, been forfeited to the United States for disposition according to law:

**Lot 3, Sorrento Highlands, Watauga County, North Carolina; and**

**448 Howards Knob Road, Boone, North Carolina**

Signed: December 18, 2008

Lacy H. Thornburg
United States District Judge